UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR19-231RAJ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | UNOPPOSED MOTION TO |
| v. | ) | CONTINUE TRIAL DATE AND |
| | ) | EXTEND PRETRIAL MOTIONS |
| JOSUE AMILCAR OSORIO-GRANADENO, | ) | DEADLINE |
| | ) | |
| Defendant. | ) | |
| | ) | |

THE COURT has considered Defendant's unopposed motion to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to review and synthesize discovery, conduct investigation, perform legal research, consider possible defenses, draft motions, consult with and advise Mr. Osorio-Granadeno, and prepare for trial, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (d) the ends of justice will best be served by a continuance, and the ends of

2   justice outweigh the best interests of the public and the defendant in any speedier trial,

3   as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4    (e) the additional time requested between the current trial date of January 21,

5   2020 and the new trial date of April 27, 2020, is necessary to provide counsel for the

6   defendant the reasonable time necessary to prepare for trial, considering counsel's

7   schedule and all of the facts set forth above.

8    IT IS THEREFORE ORDERED that Defendant's Unopposed Motion to

9   Continue Trial Date and Pretrial Motions Deadline (Dkt. #14) is GRANTED. The trial

10  date in this matter shall be continued to April 27, 2020.

11   IT IS FURTHER ORDERED that all pretrial motions, including motions in

12  limine, shall be filed no later than March 12, 2020.

13   IT IS FURTHER ORDERED that the period of delay from the date of this order

14  to the new trial date of April 27, 2020, is excludable time pursuant to 18 U.S.C. §§

15  3161(h)(7)(A) and (h)(7)(B)(iv).

16   DATED this 23rd day of December, 2019.

17

18   _____

19   The Honorable Richard A. Jones
     United States District Judge

20

21

22

23

24

25

26

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. Osorio-Granadeno*; CR19-231RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**