The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JOSUE OSORIO-GRANADENO,<br><br>                Defendant. | NO. CR19-231 RAJ<br><br>ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

Having considered the record and the parties' March 25, 2020, joint motion, and General Order 02-20 for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of April 27, 2020. For the reasons detailed in the parties' joint motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial date and other dates (Dkt. #18) is GRANTED. The trial in this matter is continued from April 27, 2020 to July 6, 2020. All pretrial motions, including motions in limine, shall be filed no later than May 28, 2020.

///

///

IT IS FURTHER ORDERED that the time between the date of this Order and the new trial date of July 6, 2020, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

DATED this 26th day of March, 2020.

*(signature)*

The Honorable Richard A. Jones
United States District Judge