The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> JOSUE OSORIO-GRANADENO, <br><br>  Defendant. | No. CR19-231 RAJ <br><br> ORDER VACATING TRIAL DATE AND SETTING STATUS HEARING |

Having considered the record and the parties' May 20, 2020, joint motion, and General Orders 02-20, 07-20, and 08-20, among others, for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of July 6, 2020. For the reasons detailed in the government's motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' joint motion to vacate the trial date and other dates (Dkt. #21) is GRANTED.

The trial date of July 6, 2020, is hereby VACATED.

A status hearing is SCHEDULED for **August 28, 2020, at 11:00 a.m.** At that status hearing, the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the parties' joint motion and July 31, 2020, the excludable time set forth in General Order 08-20,

is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

DATED this 21st day of May, 2020.

The Honorable Richard A. Jones
United States District Judge