The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-231 RAJ |
| Plaintiff, | ORDER SCHEDULING TRIAL DATE |
| v. | |
| JOSUE OSORIO-GRANADENO, | |
| Defendant. | |

Having considered the record and the parties' agreement to schedule the trial date in February 2021, and General Orders 02-20, 07-20, 08-20, 11-20, 13-20, 14-20, and 15-20 for the Western District of Washington, and having heard from the parties in open court, the Court FINDS that neither the trial nor in-person hearings can proceed any earlier than January 2021. For the reasons detailed in the parties' agreed motion, the ends of justice served by scheduling the trial in February 2021 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the parties' motion to continue the trial date (Dkt. #36) is GRANTED. The trial is scheduled for February 8, 2021, at 9:00 a.m.  All pretrial motions, including motions in limine, are due by January 7, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order and the February 8, 2021, trial date is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best

interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § 3161(h)(7)(B)(i), (iv).

DATED this 6th day of November, 2020.

The Honorable Richard A. Jones
United States District Judge