The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR19-231RAJ |
| Plaintiff, | ) ORDER GRANTING |
| | ) UNOPPOSED MOTION TO |
| v. | ) CONTINUE TRIAL DATE AND |
| | ) EXTEND PRETRIAL MOTIONS |
| JOSUE AMILCAR OSORIO-GRANADENO, | ) DEADLINE |
| Defendant. | ) |

THE COURT has considered the unopposed motion of the defendant to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, due to counsel's need for more time to consult with and advise Mr. Osorio Granadeno, draft motions, and prepare for trial, particularly in light of counsel's need to retain an expert to assist with this case, precautions necessary due to the COVID-19 pandemic, and counsel and staff's need to travel to meet with Mr. Osorio-Granadeno in person, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. Osorio-Granadeno*; CR19-231RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of February 8, 2021, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that defendant's unopposed motion (Dkt. # 39) is GRANTED.  The trial date in this matter is continued to September 27, 2021 at 9:00 a.m.

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than August 12, 2021.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B) (iv).

DATED this 20th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE AND EXTEND
PRETRIAL MOTIONS DEADLINE
(*USA v. Osorio-Granadeno*; CR19-231RAJ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100